CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **James Close**,<br><br>     Plaintiff,<br><br>   v.<br><br>**Birdwell California! LLC,** a California Limited Liability Company; and Does 1-10,<br><br>     Defendants. | Case: 8:17-CV-00758-JLS-E<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 9, 2017         CENTER FOR DISABILITY ACCESS

                            */s/ Isabel Rose Masanque*
                        By: _____
                            Isabel Rose Masanque
                            Attorney for Plaintiff,
                            James Close

Dated: June 9, 2017         HOLLAND & HART LLP

                            */s/ Frank Z. LaForge*
                        By: _____
                            Frank Z. LaForge
                            Attorney for Defendant,
                            Birdwell California! LLC

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Frank Z LaForge, counsel for Defendant, and that I have obtained Mr. LaForge's authorization to affix his, electronic signature to this document.

Dated: June 9, 2017                    CENTER FOR DISABILITY ACCESS

                                       */s/ Isabel Rose Masanque*
                              By: _____
                                       Isabel Rose Masanque
                                       Attorneys for Plaintiff